

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:        01-11-00766-CR

Style:        Jenneese Patricia Banks

       v. The State of Texas

Date motion filed[*]:        August 26, 2013

Type of motion:        Motion for extension of time to file reporter's record

Party filing motion:        Court reporter

Document to be filed:        Reporter's record

Is appeal accelerated?      No

If motion to extend time:
       Original due date:        September 26, 2011
       Number of previous extensions granted:      0
       Date Requested:        September 26, 2013

Ordered that motion is:

     ☑      Granted

         If document is to be filed, document due: September 26, 2013

         ☑ The Court will not grant additional motions to extend time to file reporter's record

     ☐      Denied

     ☐      Dismissed (*e.g.*, want of jurisdiction, moot)

     ☐      Other: _____

Judge's signature:    /s/ Justice Laura C. Higley
                ☑ Acting individually      ☐ Acting for the Court

Panel consists of      _____

Date: August 29, 2013